737

Commonwealth *v.* Tate, Appellant.

Before ULLMAN, J.,
without a jury.

Submitted December 11,
1968. *Otis Tate,* appellant, in propria persona; *Charles A. Klein* and *James D. Crawford,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Schad, Appellant, *v.* Canton Plumbing & Heating Company et al.

Argued December 11, 1968. *C. Whitehill,* with him *Arthur C. Dale* and *Richard M. Sharp,* for appellant; *Robert M. Zimmerman,* for appellee.

Order affirmed.